UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD GENE BLANTON, #01307891, Plaintiff, | § § § § | |
| v. | § § | Civil Case 3:22-CV-1411-B-BK |
| TEXAS COURT OF CRIMINAL APPEALS, ET AL., Defendants. | § § § § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 19th day of August, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE